AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Arkansas_____

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

v.

Llamas-Flores, Ricardo

Case Number: 4:19-cr-00216-02-BSM

USM Number: 32665-009

**Date of Original Judgment:** 6/12/2020
(Or Date of Last Amended Judgment)

Molly Sullivan
Defendant's Attorney at Sentencing

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __87__ months is reduced to __70 months__.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __29__
Criminal History Category: __I__
Previous Guideline Range: __87__ to __108__ months

Amended Offense Level: __27__
Criminal History Category: __I__
Amended Guideline Range: __70__ to __87__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __6/12/2020__ shall remain in effect.

**IT IS SO ORDERED.**

11-16-23
**Order Date**

_____
Signature of Judge

February 1, 2024
**Effective Date (if delayed)**

U.S. District Judge Brian S. Miller
Name and Title of Judge